Mark Ankcorn (166871)
ANKCORN LAW FIRM, PC
11622 El Camino Real, Suite 100
San Diego, California 92130
(619) 870-0600
(619) 684-3541 fax
*mark@ankcorn.com*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Joshua Bare**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**Credit One Bank, N.A.**,<br><br>Defendant. | Case No. 16-cv-710 DMS<br><br>**Notice of Related Cases** |

Plaintiff Joshua Bare gives notice as required by Local Rule 40.1(g) that the above-captioned case involves substantially the same subject matter and same defendant as the following cases:

| Plaintiff | Case No. | Filed Date |
|---|---|---|
| Martha Silva | 16-cv-651 DMS | March 16, 2016 |
| Gary Lawrence | 16-cv-658 AJB | March 16, 2016 |
| Angel Gomez | 16-cv-659 BAS | March 16, 2016 |
| Derek Chism | 16-cv-672 H | March 18, 2016 |
| Lizette Garcia | 16-cv-706 BEN | March 23, 2016 |
| Joshua Bare | 16-cv-710 DMS | March 24, 2016 |
| Matthew Byers | 16-cv-904 DMS | April 14, 2016 |

| Terrence Harris | 16-cv-908 DMS | April 15, 2016 |
| --- | --- | --- |
| Corey Gill | 16-cv-913 DMS | April 15, 2016 |
| Michael Dorsey | 16-cv-915 DMS | April 15, 2016 |
| Kenneth Jones | 16-cv-940 DMS | April 18, 2016 |

    The cases are "related" as defined by Local Civil Rule 40.1(g) because they (i) involve the same defendant and allege similar causes of action; (ii) involve similar, though not identical, events; and (iii) involve substantially the same facts with respect to Defendant's calling and collection practices, procedures, equipment, and standards, as well as very similar questions of law.

    Coordination of the cases for pretrial proceedings will avoid conflicts, avoid duplicative depositions, conserve resources and promote an efficient determination of the actions. As such, the cases should be related and assigned to the same judicial officer for further proceedings.

Dated:   May 16, 2016          Ankcorn Law Firm, PC

*/s/ Mark Ankcorn*

Attorneys for Plaintiff

**Certificate of Service**

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action. I am employed in the County of San Diego, California. My business address is 11622 El Camino Real, Suite 100, San Diego, California 92130. On the same day as this Certificate was executed, I electronically filed with the Clerk of the Court the attached documents using the CM/ECF system, which will electronically serve all parties in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this, the 16th day of May, 2016, at Carlsbad, California.

*/s/ Mark Ankcorn*