**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA GABRIELA SILVA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT ONE BANK, N.A., | Case No. 3:16-cv-00651-DMS-DHB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASES** |

　　Pursuant to Federal Rules of Civil Procedure Rule 41(1)(a)(2), the Court GRANTS the parties' joint motion to dismiss the following cases **with prejudice:**

　　Jones v. Credit One Bank, N.A., 3:16-cv-00940-DMS-DHB;

　　Dorsey v. Credit One Bank, N.A., 3:16-cv-00915-DMS-DHB;

　　Gill v. Credit One Bank, N.A., 3:16-cv-00913-DMS-MDD;

　　Harris v. Credit One Bank, N.A., 3:16-cv-00908-DMS-DHB;

　　Byers v. Credit One Bank, N.A., 3:16-cv-00904-DMS-DHB;

　　Bare v. Credit One Bank, N.A., 3:16-cv-00710-DMS-DHB;

　　Chism v. Credit One Bank, N.A., 3:16-cv-00672-DMS-DHB;

　　Gomez v. Credit One Bank, N.A., 3:16-cv-00659-DMS-DHB;

　　Lawrence v. Credit One Bank, N.A., 3:16-cv-00658-DMS-DHB; and

　　Silva v. Credit One Bank, N.A., 3:16-cv-00651-DMS-DHB.

1 | And the following case to be dismissed **without prejudice:**
2 | Garcia v. Credit One Bank, N.A., 3:16-cv-00706-DMS-DHB.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated:  March 20, 2019
  
_____
Hon. Dana M. Sabraw
United States District Judge